UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14069-CR-RLR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GENE JUSTUS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Defendant Michael Justus is alleged to have violated his supervised release by not participating in sex offender treatment. On August 3, 2021, I conducted an evidentiary hearing pursuant to Fed. R. Crim. P. 32.1(b)(2). The evidence at the hearing consisted of the Presentence Investigation Report from the underlying case and testimony by U.S. Probation Officer Scott Kirsche. Based upon the evidence presented at the hearing, I find that the Government has met its burden of proving by a preponderance of the evidence that Mr. Justus has violated his supervised release. Therefore, I recommend that Judge Rosenberg find that Mr. Justus has violated the terms of his supervised release and proceed to sentencing.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of

being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

    **DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 21th day of December 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2